<u>UNPUBLISHED</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 99-1274

WILLIAM SHEROD HENDERSON,

Plaintiff - Appellant,

versus

COUNTY OF HENRICO, VIRGINIA; PATRICIA S.
O'BANNON; JAMES B. DONATI; RICHARD W. GLOVER;
FRANK J. THORNTON; SHEILA T. CADILL; BOARD OF
SUPERVISORS; ROBERT C. THOMPSON, Superinten-
dent for the County of Henrico, Department of
Public Works; EDWARD L. PRIESTAS, Assistant
Director; JOHN C. PIGNATO, Benefits Officer
for the County of Henrico; DAVID E. GOSSETT;
VIRGIL HAZELETT, County Manager; HENRICO
COUNTY, Department of Public Works; RISK MAN-
AGEMENT FOR THE COUNTY OF HENRICO,

Defendants - Appellees.

Appeal from the United States District Court for the Eastern Dis-
trict of Virginia, at Richmond.  Richard L. Williams, Senior Dis-
trict Judge.  (CA-98-790-3)

Submitted:  May 13, 1999            Decided:  May 19, 1999

Before WIDENER and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

Affirmed by unpublished per curiam opinion.

William Sherod Henderson, Appellant Pro Se. Joseph Paul Rapisarda, Jr., County Attorney, Joseph Thomas Tokarz, II, COUNTY ATTORNEY'S OFFICE FOR THE COUNTY OF HENRICO, Richmond, Virginia, for Appellees.

---

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

William Sherod Henderson appeals the district court's order dismissing his employment discrimination action brought under the Americans with Disabilities Act, 42 U.S.C.A. §§ 12101-12213 (West 1994 & Supp. 1998). We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Henderson v. County of Henrico, No. CA-98-790-3 (E.D. Va. Feb. 18, 1999). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED